CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

OCT 3 1 2011

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FINAL ORDER |
| | ) | |
| | ) | CASE NO. 5:06CR00041 |
| vs. | ) | (CASE NO. 5:11CV80366) |
| | ) | |
| | ) | |
| O'BENSON SESERE, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** as without merit, and this action is stricken from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 31st day of October, 2011.

_____
Chief United States District Judge