CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 2 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:06CR00041 |
| | ) | Civil Action No. 5:12CV80439 |
| v. | ) | |
| | ) | **ORDER** |
| O'BENSON SESERE, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

This case is presently before the court on the defendant's motion for reconsideration. For

the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion is **DENIED**. Additionally, because the defendant has failed to make the requisite

showing of the denial of a constitutional right, the court **DENIES** a certificate of appealability.

The Clerk is directed to send certified copies of this order to the defendant and all counsel

of record.

ENTER: This _____ day of January, 2013.

_____
Chief United States District Judge