CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR00041 |
| | ) | (CASE NO. 5:15CV80818) |
| v. | ) | **FINAL ORDER** |
| | ) | |
| O'BENSON SESERE, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that defendant's motion, styled as "MOTION TO VACATE JUDGMENT AND SENTENCE UNDER FED. R. CIV. P. 60(D)(3) FRAUD ON THE COURT IN AN INDEPENDENT ACTION NOT TO BE CONSTRUED AS SECOND OR SUCCESSIVE § 2255" (ECF No 1131) is **DENIED**; defendant's submission is **CONSTRUED** as a second motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255, which is **DISMISSED** without prejudice as successive under § 2255(h); and this action is hereby stricken from the active docket of the court. Finding that defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 28th day of April, 2015.

/s/ Glen E. Conrad
Chief United States District Judge